**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DRYSTONE CAPITAL CORPORATION<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11680 (___) |

**NOTICE OF FILING OF REDACTED CREDITOR MATRIX**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9018-1(d)(ii) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor (the "Debtor") has today filed the attached redacted version of the Creditor Matrix[1] with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801.

Dated: October 27, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Maria Kotsiras*

Aaron H. Stulman (No. 5807)
Maria Kotsiras (No. 6840)
**ICE MILLER LLP**
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
Telephone: (302) 313-0600
Email: aaron.stulman@icemiller.com
maria.kotsiras@icemiller.com

*Counsel for the Debtor*

[1] The Debtor intends to file the *Debtor's Motion for an Order Authorizing the Debtors to Redact Individual Stakeholders' Personally Identifiable Information* pursuant to Rule 9018-1(d)(i).

Accredited Surety & Casualty Company, Inc.
4798 New Broad Street
Suite 200
Orlando, FL 32814

Acrisure LLC
100 Ottawa Avenue SW
Suite 800
Grand Rapids, MI 49503

Al Beer
Address on File

Align Risk Solutions, Inc.
3322 West End Ave.
Suite 120
Nashville, TN 37203

American Express
P.O. Box 981535
El Paso, TX 79998

AT Retirement Services, LLC
5120 Derry St.
P.O. Box 4710
Harrisburg, PA 17111

Automatic Data Processing, Inc.
P.O. Box 830272
Philadelphia, PA 19182

Benchmark Insurance Company
150 Lake Street West
Wayzata, MN 55391

Better World Technology, Inc.
11921 Freedom Drive
Suite 550
Reston, VA 20190

Brian O'Hara
Address on File

Brian Sweitzer
Address on File

Clear Blue Insurance Company
200 S. College St.
Suite 1910
Charlotte, NC 28202

Cloyd Laporte III
Address on File

Concert Specialty Insurance Company
1701 Golf Road
Suite 1-1110
Rolling Meadows, IL 60008

Dickinson Wright LLP
5 City Blvd.
Suite 700
Nashville, TN 37209

Gallo Vitucci Klar LLP
711 Third Avenue
Suite 500
New York, NY 10017

Gordon Gray Trust fbo C. Boyden Gray
100 N. Main Street
5th Floor
Winston-Salem, NC 27101

Greg Doyle
Address on File

Infinity Constellation, Inc.
42 Broadway Suite 12-443
Suite 12-443
New York, NY 10004

John B. Henry
Address on File

Karen Pomarico
Address on File

North American Risk Services, Inc.
240 E. Central Parkway
Suite 4010
Altamonte Springs, FL 32701

Oak Street Funding LLC
8888 Keystone Crossing
Suite 1700
Indianapolis, IN 46420

Oliver James Associates LLC
1230 Avenue of the Americas
Floor 18
New York, NY 10020

Oliver Wyman LLC
2323 Victory Avenue
Dallas, TX 75202

Pinnacle Actuarial Resources
3109 Cornelius Dr.
Bloomington, IN 61704

RH CPAs PLLC
212 W. Center St.
Lexington, NC 27292

Richard Weidman
Address on File

Strategic Risk Solutions
P.O. Box 1159
Grand Cayman KY1-1102

Sutton Specialty Insurance Company
1855 Griffin Road
B-390
Dania Beach, FL 33004

Topsail Reinsurance, SPC
18 Forum Ln.
2nd Floor
Camana Bay, Grand Cayman KY1-1102

Trisura Specialty Insurance Company
210 Park Ave
Suite 1300
Oklahoma City, OK 73102

Wood Smith Henning & Berrman LLP
10960 Wilshire Blvd.
18th Floor
Los Angeles, CA 90024