Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | DryStone Capital Corporation<br>Name | EIN: 52–2222230 | |
| United States Bankruptcy Court | District of Delaware | Date case filed for chapter: | 7 10/26/26 |
| Case number: | 26–11680–BLS | | |

# Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | DryStone Capital Corporation | | |
| **2. All other names used in the last 8 years** | | | |
| **3. Address** | Stone Hill<br>40 Springwish Lane<br>Flint Hill, VA 22627 | | |
| **4. Debtor's attorney**<br>Name and address | Aaron H. Stulman<br>Ice Miller LLP<br>500 Delaware Avenue, Suite 220<br>Wilmington, DE 19801 | | Contact phone 302–313–0600<br><br>Email: aaron.stulman@icemiller.com |
| **5. Bankruptcy trustee**<br>Name and address | George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103–2110 | | Contact phone 215–561–0950<br><br>Email: gmiller@mctllp.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302–252–2900<br><br>Date: 10/27/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 17, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All times listed are in EST. | | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 653 180 0746, Passcode: 7131311419, OR Call 1(267) 362–3487**<br><br>For additional information go to https://www.deb.uscourts.gov/virtual–§–341–meetings–creditors |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |

United States Bankruptcy Court
District of Delaware

In re: Case No. 26-11680-BLS
DryStone Capital Corporation Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: admin Page 1 of 2
Date Rcvd: Oct 27, 2026 Form ID: 309C Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DryStone Capital Corporation, Stone Hill, 40 Springwish Lane, Flint Hill, VA 22627-1862 |
| aty | + | Maria Kotsiras, Ice Miller LLP, 500 Delaware Avenue, Suite 220, Wilmington, DE 19801-1490 |
| 21509654 | + | AT Retirement Services, LLC, 5120 Derry St., P.O. Box 4710, Harrisburg, PA 17111-0710 |
| 21509649 | + | Accredited Surety & Casualty Company, Inc., 4798 New Broad Street, Suite 200, Orlando, FL 32814-6436 |
| 21509650 | + | Acrisure LLC, 100 Ottawa Avenue SW, Suite 800, Grand Rapids, MI 49503-5087 |
| 21509652 | + | Align Risk Solutions, Inc., 3322 West End Ave., Suite 120, Nashville, TN 37203-6821 |
| 21509655 | + | Automatic Data Processing, Inc., P.O. Box 830272, Philadelphia, PA 19182-0382 |
| 21509656 | + | Benchmark Insurance Company, 150 Lake Street West, Wayzata, MN 55391-1599 |
| 21509657 | + | Better World Technology, Inc., 11921 Freedom Drive, Suite 550, Reston, VA 20190-5635 |
| 21509660 | + | Clear Blue Insurance Company, 200 S. College St., Suite 1910, Charlotte, NC 28202-3268 |
| 21509690 | + | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 21509663 | + | Dickinson Wright LLP, 5 City Blvd., Suite 700, Nashville, TN 37209-0138 |
| 21509664 | + | Gallo Vitucci Klar LLP, 711 Third Avenue, Suite 500, New York, NY 10017-9212 |
| 21509665 | + | Gordon Gray Trust fbo C. Boyden Gray, 100 N. Main Street, 5th Floor, Winston-Salem, NC 27101-4047 |
| 21509667 | + | Infinity Constellation, Inc., 42 Broadway Suite 12-443, Suite 12-443, New York, NY 10004-1617 |
| 21509672 | + | Oliver James Associates LLC, 1230 Avenue of the Americas, Floor 18, New York, NY 10020-1504 |
| 21509673 | + | Oliver Wyman LLC, 2323 Victory Avenue, Dallas, TX 75219-7657 |
| 21509674 | + | Pinnacle Actuarial Resources, 3109 Cornelius Dr., Bloomington, IN 61704-6448 |
| 21509675 | + | RH CPAs PLLC, 212 W. Center St., Lexington, NC 27292-3012 |
| 21509680 | ++ | TRISURA INSURANCE COMPANY, 210 PARK AVENUE STE 1300, OKLAHOMA CITY OK 73102-5639 address filed with court:, Trisura Specialty Insurance Company, 210 Park Ave, Suite 1300, Oklahoma City, OK 73102 |
| 21509681 | + | Wood Smith Henning & Berrman LLP, 10960 Wilshire Blvd., 18th Floor, Los Angeles, CA 90024-3804 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: aaron.stulman@icemiller.com | Oct 27 2026 22:10:00 | Aaron H. Stulman, Ice Miller LLP, 500 Delaware Avenue, Suite 220, Wilmington, DE 19801 |
| tr | | EDI: BGLMILLER | Oct 28 2026 02:09:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 21509653 | + | Email/PDF: bncnotices@becket-lee.com | Oct 27 2026 22:21:53 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 21509671 | + | Email/Text: alicia.chandler@oakstreetfunding.com | Oct 27 2026 22:10:00 | Oak Street Funding LLC, 8888 Keystone Crossing, Suite 1700, Indianapolis, IN 46240-7657 |
| 21509689 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 27 2026 22:11:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 21509680 | | Email/Text: tic.legal@Trisura.com | Oct 27 2026 22:11:00 | Trisura Specialty Insurance Company, 210 Park Ave, Suite 1300, Oklahoma City, OK 73102 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21509651 | | Al Beer, Address on File |
| 21509658 | | Brian O'Hara, Address on File |
| 21509659 | | Brian Sweitzer, Address on File |
| 21509661 | | Cloyd Laporte III, Address on File |
| 21509666 | | Greg Doyle, Address on File |
| 21509668 | | John B. Henry, Address on File |
| 21509669 | | Karen Pomarico, Address on File |
| 21509676 | | Richard Weidman, Address on File |
| 21509677 | | Strategic Risk Solutions, P.O. Box 1159, Grand Cayman KY1-1102 |
| 21509679 | | Topsail Reinsurance, SPC, 18 Forum Ln., 2nd Floor, Camana Bay, Grand Cayman KY1-1102 |
| 21509662 | ##+ | Concert Specialty Insurance Company, 1701 Golf Road, Suite 1-1110, Rolling Meadows, IL 60008-4244 |
| 21509670 | ##+ | North American Risk Services, Inc., 240 E. Central Parkway, Suite 4010, Altamonte Springs, FL 32701-7848 |
| 21509678 | ##+ | Sutton Specialty Insurance Company, 1855 Griffin Road, B-390, Dania Beach, FL 33004-2246 |

TOTAL: 10 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | on behalf of Debtor DryStone Capital Corporation aaron.stulman@icemiller.com lauren.eastburn@icemiller.com |
| George L. Miller | gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| Maria Kotsiras | on behalf of Debtor DryStone Capital Corporation maria.kotsiras@icemiller.com lauren.eastburn@icemiller.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 4