SUTTON NATIONAL™

Clerk of Court
US Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington
DE 19801

RECEIVED
2026 NOV 23 A 8:35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 16, 2026

Dear Sir/Madam

**In re: Drystone Capital Corporation (the "Debtor")**
**Case No. 26-11680-BLS**
**Change of Creditor Address - Sutton Specialty Insurance Company ("Sutton")**

I write on behalf of Sutton, which is a creditor of the above-named Debtor.

It has come to my attention that the Debtor has been using an out-of-date mailing address for Sutton. Please therefore note the following change for the Court file:

Old Address: 1855 Griffin Road, B-390, Dania Beach, FL 33004-2246
**New Address:110 E. Atlantic Ave., Ste 330, Delray Beach, FL 33444**.

Please confirm safe receipt to me at sgildener@suttonnational.com and let me know if you have any questions.

Yours faithfully

**Simon J. Gildener, Esq.**
General Counsel and Secretary

For and on behalf of
**Sutton National Insurance Company**
**Sutton Specialty Insurance Company**